**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **ROSS WAYNE NIX, 434025,** ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 3:09-CV-0958-D |
| ) | |
| **ABEL ACOSTA,** ) | |
| Respondent. ) | |

## ORDER

After conducting a *de novo* review, the court finds that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

December 17, 2009.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE